PO BOX 358
RAMSEY NJ 07446-0358
CHANGE SERVICE REQUESTED

# Central Credit Services LLC

500 North Franklin Turnpike, Ste 200, Ramsey, NJ 07446

800-829-6136

OFFICE HOURS (EST):
8AM-9PM MONDAY - THURSDAY
8AM-5PM FRIDAY & 8AM-12PM SATURDAY

August 11, 2018

Central Credit #: ▮9552

Ellen Blonder
115 Lafayette Pl
Woodmere NY 11598-2139

CREDITOR: AMERICAN EXPRESS
CREDITOR'S ACCOUNT #: XXXXXXXXXX01000
BALANCE: $11,155.83

Dear Ellen Blonder:

American Express has obtained a judgment against you for the account referenced above and has forwarded the account to us for collection. We would like to offer you the opportunity to propose a monthly payment plan to resolve your account.

Please respond to this opportunity by contacting us at 800-829-6136. Please address this situation without further delay. Our staff can assist you with payment arrangements that can resolve this account for you and American Express.

Sincerely,

Central Credit Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

BGLVELD01RS431 0366